USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Salas,

           Plaintiff,

—v—

Leo's Bagels Hanover Square, LLC, et al.,

           Defendants.

21-cv-1728 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 30, 2021, the Court issued an order requiring the parties to submit to the Court the settlement agreement and a joint letter explaining why the settlement should be approved by October 30, 2021. *See* Dkt. No. 27. The parties are ordered to file those documents by Friday, November 12, 2021.

SO ORDERED.

Dated: November 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1