# CSM LEGAL, P.C.
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200            Fax:(212) 317-1620

Salas                                                                                    November 11, 2021

|  |  |  |
|---|---|---|
|  | File #: | Leo'sbagels |
| **Attention:** | Inv  #: | Sample |

**RE:**      1:21-cv-01728 Salas et al v. LEO'S BAGELS HANOVER SQUARE LLC et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-16-21 | interviewed new client and advised him of his rights and obligations. Sent intake to paralegal with instructions as to the documents he has to prepare to start the litigation | 0.90 | 405.00 | MF |
| Feb-25-21 | Draft complaint | 1.90 | 237.50 | PL |
| Feb-26-21 | reviewed and corrected the complaint; called client to confirm the facts of the case; sent the revised complaint to paralegla with directions as to the next steps he needs to take in the litigation | 1.50 | 675.00 | MF |
|  | Drafted civil cover sheet, summonses, and filed the finished complaint on ECF | 0.50 | 62.50 | PL |
| Mar-11-21 | Filed  Notice of Apperance and reviewed the facts of the case and the notice of initial pre-trial conference | 0.20 | 80.00 | KSJ |
|  | Drafted corporate notices and demand for list of shareholders and emailed to process server along with the summons and complaint for service | 0.40 | 50.00 | PL |
| Mar-22-21 | Spoke with Defense Counsel and directed his call to the proper attorney on the matter | 0.20 | 25.00 | PL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-29-21 | Filed Affidavit of Service on ECF | 0.20 | 25.00 | PL |
| Mar-30-21 | Spoke with Defense Counsel and signed stipulation to provide Defendants more time to file an Answer | 0.20 | 80.00 | KSJ |
| | Filed multiple Affidavits of Service on ECF | 0.50 | 62.50 | PL |
| May-11-21 | Drafted damages chart | 0.70 | 87.50 | PL |
| May-14-21 | drafted and filed proposed case management plan | 0.50 | 200.00 | JL |
| Jun-10-21 | Drafting initial disclosures and interrogatories | 2.20 | 880.00 | JL |
| Jun-15-21 | Emailed to Defense counsel our initial disclosures, damages chart, and discovery/interrogatory demands | 0.10 | 40.00 | JL |
| Jul-28-21 | Spoke with Defense Counsel regarding settlement negotiations and his clients position | 0.50 | 200.00 | JL |
| Jul-29-21 | Spoke with Plaintiff regarding the lawsuit and reaching a potential settlement, went over damages chart with Plaintiff | 0.20 | 25.00 | PL |
| Aug-09-21 | Spoke with Defense Counsel regarding settlement negotiations and Defendants new offer | 0.10 | 40.00 | JL |
| | Spoke with Plaintiff regarding new offer from Defendants and reviewed with him Defendants documents | 0.50 | 62.50 | PL |
| Aug-13-21 | Spoke with Defense Counsel regarding their counteroffer | 0.30 | 120.00 | JL |
| Aug-16-21 | Spoke with Plaintiff regarding new offer from Defendants | 0.50 | 200.00 | JL |
| | Translated for attorney JL and Plaintiff regarding Defendants new offer and attempting to settle the case | 0.50 | 62.50 | PL |
| Aug-20-21 | Emailed opposing counsel regarding settlement terms and payment | 0.10 | 40.00 | JL |
| Sep-13-21 | Review settlement agreement. | 0.50 | 175.00 | CE |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Make edits to settlement agreement. | 0.30 | 105.00 | CE |
|  | made corrections to the settlement agreement as per the attorney's review | 0.80 | 100.00 | PL |
| Sep-20-21 | Review email from PL. | 0.10 | 35.00 | CE |
| Sep-21-21 | Revise COJ language. | 0.20 | 70.00 | CE |
| Oct-12-21 | translated from english to spanish the settlement agreement for Plaintiff to read and review | 1.50 | 187.50 | PL |
| Oct-13-21 | Reviewed the settlement agreement with Plaintiff for his signature | 0.60 | 75.00 | PL |
|  | Totals | 16.70 | $4,407.50 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Feb-26-21 | File Complaint | 402.00 |
| Mar-12-21 | AOS Ronnie Rahman | 50.00 |
|  | AOS Lorenzo Doe | 50.00 |
|  | AOS Adam Pomerantz | 50.00 |
| Mar-16-21 | AOS Leo's Bagels Hanover Square LLC | 78.00 |
|  | Totals | $630.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$5,037.50** |
| **Balance Now Due** | **$5,037.50** |