UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Plaintiff, Salas et al.

-v-

Defendant. Leo's Bagels Hanover Square LLC et al.

---------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

21-cv-1728  (AJN)(OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2021

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Approval of Settlement Agreement (Dkt. No. 34)

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  November 15, 2021

SO ORDERED:

_____Alin J. Natto_____
United States District Judge