# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165            Facsimile: (212) 317-1620

June 28, 2022

**VIA ECF**
Honorable Judge Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

      Re:  Salas v. Leo's Bagels Hanover Square LLC, et, al.
            Civil Docket No: 21-cv-01728

Your Honor:

    This office represents the Plaintiff in the above referenced matter. Plaintiff writes jointly with Defendants in response to the Court's Order of June 1, 2022. Annexed hereto are 1) an Amended Settlement Agreement and 2) the Plaintiff's retainer agreement.

    Should Your Honor have any questions or concerns regarding this settlement, the parties are happy to address them. The parties thank the Court for its attention to this matter.

                        Respectfully submitted,

                        /s Clela Errington
                        Clela A. Errington, Esq
                        CSM Legal, P.C.
                        *Attorneys for the Plaintiff*

Enclosures

cc: Defendants' Counsel (via ECF)