# MICHAEL FAILLACE & ASSOCIATES, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

February 16, 2021

BY HAND

TO:   Clerk of Court,

I hereby consent to join this lawsuit as a party plaintiff. **(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:            Carlos Salas  
Legal Representative / Abogado:   Michael Faillace & Associates, P.C.

Signature / Firma:        *[signature]*

Date / Fecha:             16 de Febrero

*Certified as a minority-owned business in the State of New York*

<u>SETTLEMENT WITHOUT CONSENT</u>. If the Claims are settled by you without the consent of the Firm, you agree to pay the Firm the contingency fee described above based on the full amount of the settlement recovery for your benefit to whomever paid or whatever called. The Firm shall have, in the alternative, the option of seeking compensation on a *quantum meruit* basis to be determined by the court. In such circumstances the court would determine the fair value of the services rendered and the Firm shall have, in addition, its taxable costs, disbursements, and attorneys' fees.

You are at liberty to terminate our representation at any time you see fit for any reason, or without reason. In that instance, your obligation will be to pay fees and disbursements accrued to the date of termination, plus any fees and disbursements accrued or incurred in connection with effectuating the termination. We reserve the right to stop work or to withdraw from further representation for any of the following reasons: (1) you fail to fully cooperate in our handling of your claim; (2) you do not follow our advice or instructions in the handling of your matters, although we readily acknowledge that you are not obliged to accept our advice on substantive aspects of your matters; or (3) you insist on our acting in a manner we determine to be unethical or illegal.

In the event of any dispute concerning fees, you may have a right to an arbitration under Part 137 of the Rules of the Chief Administrator.

If the foregoing meets with your approval, kindly acknowledge your consent on the original letter and return same to my attention. We look forward to working with you.

        Very truly yours,

        MICHAEL FAILLACE & ASSOCIATES, P.C.

        _____

        Michael Faillace, Esq.

Consented to by:

*/s/ Carlos Salas*
_____
Carlos Salas

circunstancias, la corte determinará el valor justo de los servicios prestados y la compañía tendrá, adicionalmente, sus gastos de impuestos, desembolso, y honorarios del abogado.

Usted tiene la libertad de terminar nuestra representación en cualquier momento que usted considere apropiado por cualquier razón, o sin ninguna razón. En este caso, su obligación será de pagar los honorarios y los desembolsos acumulados hasta el día de la terminación, además de los honorarios o desembolsos acumulados o adquiridos en conexión a la terminación. Nos reservamos el derecho a poner fin a nuestro trabajo o retirarnos de la representación legal de usted por cualquiera de las siguientes razones: (1) usted deja de cooperar completamente con nuestro manejo de la alegación; (2) usted no sigue nuestros consejos o instrucciones en el manejo de sus asuntos, aunque reconocemos que usted no está obligado a aceptar nuestro consejo en asuntos sustantivos del asunto; o (3) usted insiste en actuar de cierta manera que nosotros decidimos es poco ético o ilegal.

En el caso de alguna disputa con respecto a honorarios, usted tiene derecho a un arbitraje bajo la Parte 137 de *Rules of the Chief Administrador* (Reglas del Administrador General).

Si lo anterior cumple con su aprobación, le pedimos que amablemente reconozca su consentimiento en la carta original y devuelva la misma a mi atención. Estamos ansiosos de trabajar con usted.

                Sinceramente,

                MICHAEL FAILLACE & ASSOCIATES, P.C.

                Por:_____
                      Michael Faillace

Consentido por: _____
Carlos Salas